# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of _____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR -1 2008
JOHN F. CORCORAN, CLERK
BY: _____
       DEPUTY CLERK

United States of America )
v. )
Marlow Andre Farmer )
) Case No: 7:97CR40008-004
) USM No: 07158-084
Date of Previous Judgment: October 23, 1997 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's base offense level remains 38 under the amended guideline because the offense involved 4.5 kilogram or more of crack. Therefore, the sentencing range is not reduced.

Except as provided above, all provisions of the judgment dated ___10/23/1997___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __4-1-08__

_____
Judge's signature

Effective Date: _____
  (if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title